UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 2012-123 (WOB-REW)

MARC FOWLER                                                PETITIONER

VS.                              **ORDER**

UNITED STATES OF AMERICA                                   RESPONDENT


This matter is before the Court on the Recommended Disposition of the Magistrate Judge (Doc. #3), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Recommended Disposition be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be, and it hereby is, **denied**, without prejudice, and that **no** Certificate of Appealability shall issue herein.  A separate Judgment shall enter concurrently herewith.

This 3rd day of January, 2013.



Signed By:
William O. Bertelsman
United States District Judge